IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Case No. CIV-18-899-F |
| ADAMS & ASSOCIATES, P.C. on behalf of itself and all others similarly situated; and, | |
| HELENA'S ADVENTURES IN TRAVEL, INC., | |
| Defendants. | |

## JOINT STIPULATION

Allstate Insurance Company and Adams & Associates, P.C., have conferred and stipulate that judgment pursuant to the Court's Order of May 8, 2019, should be entered as to Adams & Associates, P.C., individually and not to the members of the class.

Dated this 15th day of May 2019.

| | |
|---|---|
| s/RONALD L. WALKER | s/CARL HUGHES |
| RONALD L. WALKER, OBA #9295 | (*signed by filing attorney with permission of attorney*) |
| JERRY D. NOBLIN, JR. OBA #20296 | |
| TOMLINSON MCKINSTRY P.C. | Carl Hughes, OBA # 4463 |
| Two Leadership Square, Suite 450 | CARL HUGHES, P.C. |
| 211 North Robinson Ave. | 1218 East 9th Street, Suite 8 |
| Oklahoma City, Oklahoma 73102 | Edmond, OK 73034 |
| Telephone: 405/606.3370 | Telephone: (405) 848-0111 |
| Facsimile: 877/917.1559 | Facsimile: (405) 848-3507 |
| ronw@TMOKlaw.com | Email: carl.hughes@sbcglobal.net |
| jerryn@TMOKlaw.com | *Attorney for Defendant, Adams & Assoc., P.C.* |
| *Attorney for Plaintiff* | |