### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) )  Case No. CIV-18-0899-F |
| ADAMS & ASSOCIATES, P.C., on behalf of itself and all others similarly situated, and HELENA'S ADVENTURES IN TRAVEL, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

### **JUDGMENT**

In accordance with the court's order of May 8, 2019 (doc. no. 55), the court declares, as requested in the Amended Complaint, that indemnity is not owed under the insurance policy for the Telephone Consumer Protection Act's penal/punitive statutory damages, and the court enters judgment in favor of plaintiff Allstate Insurance Company and against defendants Adams & Associates, P.C. (the law firm only, *see* stipulation, doc. no. 56) and Helena's Adventures in Travel, Inc.

Dated this 17th day of May, 2019.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

18-0899p018.docx